IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BETTY KIRK,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D16-3154

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Respondent.

_____/

Opinion filed February 7, 2017.

Petition for Writ of Certiorari -- Original Jurisdiction.

Betty Kirk, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Holly N. Simcox, Assistant Attorney General,
Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

ROWE, RAY, and M.K. THOMAS, JJ., CONCUR.